KRUG v VICTOR, No. 137920. Leave to appeal denied at 483 Mich 851. Court of Appeals No. 289308.

*Summary Disposition May 28, 2009:*

PEOPLE v ADAM ADAMS, No. 138048. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted. The record indicates that the defendant, through counsel, attempted to submit a timely request for appointment of appellate counsel, but through misunderstanding or error, the Wayne Circuit Court refused to accept it. Had the court accepted the form and ruled on the request for appellate counsel within 14 days, as required by MCR 6.425(G)(1)(a), and then submitted a copy of the appointment order and judgment of sentence to the Court of Appeals, as required by MCR 6.425(G)(3), the defendant's appeal of right would have been preserved.

We further direct the Court of Appeals to remand this case first to the Wayne Circuit Court, in accordance with Administrative Order No. 2003-3, so that the circuit court can determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in the Court of Appeals. Appellate counsel, if one is appointed, shall review the new issues raised by the defendant in his supplemental brief filed in this Court before filing an appeal brief in the Court of Appeals on remand. Court of Appeals No. 286641.

*Leave to Appeal Denied May 28, 2009:*

PEOPLE v BLACKMON, No. 137431; reported below: 280 Mich App 253. KELLY, C.J. I would grant leave to appeal.

HOLLINRAKE v HOLLINRAKE, No. 137610; Court of Appeals No. 274229.

PEOPLE v RAAR, No. 137635; Court of Appeals No. 277419.

PEOPLE v KEYON BROWN, No. 137800. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286614.

PEOPLE v JOSHUA, No. 138044; Court of Appeals No. 279700.

SCHAFER v SCHAFER, No. 138128; Court of Appeals No. 286744. MARKMAN, J. I would remand this case to the Court of Appeals for consideration as on leave granted.

PEOPLE v ECKFORD, No. 138145; Court of Appeals No. 279501.

PEOPLE v LEWIS, No. 138191; Court of Appeals No. 288787. CAVANAGH, J. I would remand this case to the Court of Appeals for consideration as on leave granted.